UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
Capach,

                        Plaintiff(s),

       -against –

Elan Financial Services,

                       Defendant(s).
-------------------------------------------------------------X

**O R D E R**

7:21-CV-01615 (CS)

<u>Seibel, J.</u>

      It having been reported to this Court that the claims in this case have been settled, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within thirty days of the date of this order, Plaintiff may apply by letter within the thirty-day period for restoration of the action to the Calendar of the undersigned, in which event the action will be restored. **The Clerk of Court is directed to send a copy of this Order to Plaintiff.**

      **SO ORDERED**.

Dated: April 6, 2021

      White Plains, New York

                                                             _____

                                                              CATHY SEIBEL, U.S.D.J.